UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>HECTOR EMILIO GOMEZ, a/k/a Hector Emilio Gomez-Patino,<br><br>  Defendant. | No. 2:13-CR-180-RMP<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY |

Pending before the Court is Defendant Hector Emilio Gomez's Motion to Modify Conditions of Pretrial Release. Defendant seeks to modify his conditions to be able to travel throughout Washington, Idaho and Oregon for work-related purposes, as well as travel to Texas to pick up a vehicle. Neither the United States Attorney, nor Mr. Gomez' supervising Pretrial Services Officer object to the travel. For good cause shown, Mr. Gomez's Motion to Modify, **ECF No. 30,** is **GRANTED**.

Mr. Gomez is permitted to travel to the States of Washington, Idaho and Oregon for work-related purposes.

Further, Mr. Gomez is permitted to travel to the State of Texas to retrieve his car. Any and all travel arrangements for the trip to Texas will be provided to the United States Probation Office in advance of the trip.

Defendant shall abide by all other conditions of release previously set.

DATED June 10, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1