UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HECTOR EMILIO GOMEZ, a/k/a<br>Hector Emilio Gomez-Patino,<br><br>　　　　　　Defendant. | No. 2:13-CR-180-RMP<br><br>ORDER GRANTING<br>DEFENDANT'S MOTION<br>TO MODIFY |

　　　Pending before the Court is Defendant Hector Emilio Gomez's Motion to Modify Conditions of Pretrial Release. Defendant seeks to modify his conditions to be able to travel outside the States of Washington, Idaho and Oregon, which he presently is allowed, for work-related purposes. Neither the United States Attorney, nor Mr. Gomez' supervising Pretrial Services Officer object to the travel. For good cause shown, Mr. Gomez's Motion to Modify, **ECF No. 51,** is **GRANTED**.

　　　Mr. Gomez is permitted to travel outside the States of Washington, Idaho and Oregon for work-related purposes only; provided, however, that Defendant provide the U.S. Probation Office with details of each trip prior to travel.

　　　All other terms and conditions of release not inconsistent herewith shall remain in full force and effect.

　　　DATED February 6, 2015.



　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　JOHN T. RODGERS
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER - 1